IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>TIMOTHY LEEPER,<br><br>    Defendant. | **8:14CR228**<br><br>**ORDER** |

    This matter is before the Court on the defendant's Motion for Copies of his Docket Sheet (Filing No. 114). Upon consideration, the Court will grant the defendant's motion, however, no additional copies related to this case will be provided without payment.

    **IT IS SO ORDERED.**

    Dated this 22nd day of February, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge