IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TIMOTHY LEEPER,<br><br>　　　　　　　　Defendant. | 8:14CR228<br><br>ORDER FOR RELEASE |

THIS MATTER came before the Court on the 21st day of August, 2023, upon the Defendant's Motion for Release for Residential Treatment (Filing No. 151) to CenterPointe Campus for Hope. The Court, being fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED that:

1. The Defendant's Motion for Release for Residential Treatment (Filing No. 151) is granted.

2. The Defendant is hereby released for the limited purpose of attending residential treatment. The United States Marshals are hereby ordered to release the Defendant on September 11, 2023, and bring him to the United States Federal Courthouse, 111 S. 18th Street, Omaha, Nebraska by 8:00 a.m.

3. The Defendant is to be transported by Donald Leeper, or another suitable adult as approved by the U.S. Probation Office, directly to residential treatment at CenterPointe Campus for Hope.

4. A warrant shall be issued for the Defendant's arrest if he fails to attend and/or complete residential treatment.

5. Defendant remains subject to all the previously ordered conditions of his supervised release.

DATED this 21st day of August, 2023.

_____
The Honorable Judge Michael D. Nelson
United States Magistrate Judge