IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>TIMOTHY LEEPER,<br><br>                      Defendant. | 8:14CR228<br><br>**ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on October 13, 2023 regarding Second Amended Petition for Offender Under Supervision [155]. Thomas Petersen represented the defendant. Kimberly Bunjer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Amended Petition for Offender Under Supervision [139]. The government's oral motion to dismiss Amended Petition for Offender Under Supervision [139] is granted without objection.

The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 3:30 p.m. on November 29, 2023.

The government moved for detention until 10/18/2023 when a bed will be available at Dismas Charities. The defendant shall be released on 10/18/2023 on the current terms and conditions of supervision. The United States Marshals shall transport Defendant from Douglas County Corrections to the Roman Hruska Courthouse on 10/18/2023 by 9:00 a.m. to be released after processing to his father, Donald Leeper, who shall directly transport the defendant to Dismas Charities.

**IT IS SO ORDERED**.

Dated this 13th day of October, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge